IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEBORAH PENBERTHY,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY
United States of America,

    Defendant.

JUDGMENT IN A CIVIL CASE

12-cv-51-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Deborah Penberthy's failure to prosecute.

_____      _____
Peter Oppeneer, Clerk of Court                  6/7/12
                                                                     Date